**Kenneth L. WILLIAMS, Claimant–Appellant,**

v.

**Eric K. SHINSEKI, Secretary of Veterans Affairs, Respondent–Appellee.**

**No. 2009–7109.**

United States Court of Appeals, Federal Circuit.

Oct. 8, 2009.

Christopher A. Bowen, Department of Justice, Michael J. Timinski, Tracey P.

Warren, Department Of Veterans Affairs, Washington, DC, for Respondent–Appellee.

Kenneth L. Williams, Kingstree, SC, pro se.

## ON MOTION

### ORDER

Kenneth L. Williams moves to reinstate his appeal.

Williams' appeal was dismissed on August 28, 2009 for failure to file a brief. Williams has now submitted his brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. The Secretary of Veterans Affairs should calculate the due date for his brief from the date of filing of this order.